A. M. ROOT *et al., as Partners, etc.,* v. C. J. WOLFF.

No. 14,553.  (84 Pac. 1134.)

PROMISSORY NOTE—*Set-off.* In an action on a note, to which defendants pleaded a set-off, judgment for plaintiff affirmed.

Error from Morris district court; OSCAR L. MOORE, judge. Opinion filed April 7, 1906. Affirmed.

*Nicholson & Pirtle,* for plaintiffs in error.

*John Maloy,* for defendant in error.

*Per Curiam:* In the action on the note defendants pleaded a set-off. In submitting the case the court in one instance stated that the defendants claimed a credit on the note. The credit was in fact claimed in the action by reason of an alleged set-off, the character of which was fully stated. Defendants did ask that the set-off should be applied on an acknowledged indebtedness, and therefore the statement that a credit was claimed on the note was not prejudicial.

No error was committed in placing the burden of proof on the defendants to establish the claimed set-off.

There is no good reason to complain of the rulings on the admission of testimony, nor in denying the motion for a new trial.

The judgment is affirmed.